

Gregory D. Phillips (4645)
Scott R. Ryther (5540)
HOWARD, PHILLIPS & ANDERSEN
560 East 200 South, Suite 300
Salt Lake City, Utah 84102
Telephone:  (801) 366-7471

Attorneys for Plaintiff

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **FORD MOTOR COMPANY**, a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>**FABTECH MANUFACTURING, INC., d/b/a FIRE AND ICE MOTORSPORT**, a Utah Corporation,<br><br>       Defendant. | Civil No.<br><br>Judge Dee Benson<br>DECK TYPE: Civil<br>DATE STAMP: 08/26/2005 @ 17:00:21<br>CASE NUMBER:  2:05CV00719  DB |

## COMPLAINT

Plaintiff Ford Motor Company ( "Ford" or "Plaintiff"), for its claim against defendant

Fabtech Manufacturing, Inc. d/b/a Fire and Ice Motorsports ("Defendant"), alleges as follows:

## NATURE AND SUBSTANCE OF THE ACTION

1.      Ford files this action against Defendant for trademark dilution, trademark

infringement, and false designation under the Lanham Act (15 U.S.C. §1051 et seq.)  Defendant

manufactures and sells counterfeit aftermarket accessories which infringe upon Ford's federally

protected rights.  Defendant sells its products on its own website and third-party Internet auction

sites, including eBay.com.  Defendant's products infringe upon Ford's world famous and

distinctive trademarks, including but not limited to the FORD BLUE OVAL®, FORD

STYLIZED®, and MUSTANG® (collectively the "Ford Trademarks").  Printouts of two

auctions recently conducted by Defendant on eBay.com are attached hereto as Exhibit A, and

show Defendant's examples of Defendant's counterfeit products.  Defendant's unauthorized use

of the Ford Trademarks dilutes the Ford Trademarks and causes consumer confusion as to origin

of the goods.  Ford seeks a preliminary and permanent injunction enjoining Defendant's

unauthorized use of the Ford Trademarks and colorable imitations thereof, damages under the

Lanham Act, equitable and monetary relief pursuant to defendant's breach of its contractual

obligations to Ford, including Ford's attorneys' fees and costs incurred in bringing this action.

## JURISDICTION AND VENUE

2.    This Court has subject matter jurisdiction over this action pursuant to:

(a)    Judicial Code, 28 U.S.C. § 1331, relating to "federal question"

jurisdiction;

(b)    Section 39 of the Lanham Act, 15 U.S.C. § 1121, giving this Court

jurisdiction over all actions arising under the Lanham Act without regard to the amount in

controversy;

(c)    Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), relating to the

counterfeit, reproduction, or colorable imitation of a registered mark in connection with the sale,

offering for sale, distribution, or advertising of goods;

(d)    Section 43(a) of the Lanham Act, 15 U.S.C. Section 1125(a), relating to

the use of false designations of origin and/or sponsorship tending falsely to describe or designate

the source, and/or sponsorship of goods affecting commerce, and relating to false advertising and trade dress infringement and dilution;

    (e)  Section 43(c) of the Lanham Act, 15 U.S.C., Section 1125(c), relating to dilution;

    (f)  The Judicial Code, 28 U.S.C. § 1338(a), conferring on this Court jurisdiction over actions arising under federal trademark laws;

    (g)  The Judicial Code, 28 U.S.C. § 1338(b), relating to claims of unfair competition "joined with a substantial and related claim under the ... trademark laws"; and

    (h)  The Judicial Code, 28 U.S.C. § 1367 providing for supplemental jurisdiction over the state law claims in this action.

  3.  This action arises out of wrongful acts committed by Defendant in this judicial district, and Defendant's principle place of business is found in this district.

  4.  Venue is proper under 28 U.S.C. §1391 because a substantial part of the events giving rise to these claims occurred in this judicial district.

## **THE PARTIES**

  5.  Ford is a Delaware corporation with its principal place of business in Dearborn, Michigan.

  6.  Defendant Fabtech Manufacturing, Inc. d/b/a Fire and Ice Motorsports is a Utah company with its principal place of business in Sandy, Utah.

## **FACTS COMMON TO ALL CLAIMS**
### *The Ford Trademarks*

  7.  Ford first obtained a trademark registration for the trademark FORD® in 1909, and has since obtained numerous United States Trademark Registrations for the trademark

FORD®. Ford first began using the trademark MUSTANG® in commerce in 1964, and first obtained a trademark registration for the trademark MUSTANG® in 1987.

8.      Ford owns numerous registrations for the Ford Trademarks which are valid, unrevoked, subsisting, and incontestible, and constitute prima facie evidence of Ford's exclusive ownership of the Ford Trademarks marks.

9.      Ford has continuously used the Ford Trademarks in connection with the promotion, advertising, and sale of automobiles and other products and services since well before the acts of Defendant complained of herein.

10.      Ford has spent millions of dollars and has expended significant effort in advertising, promoting, and developing the Ford Trademarks marks throughout the world.  As a result of such advertising and expenditures, Ford has established considerable goodwill in the Ford Trademarks.  The Ford Trademarks have become widely known and recognized throughout the world as a symbol of high quality automotive goods and services.   The Ford Trademarks are world-famous and distinctive, and has become associated by the consuming public exclusively with Ford.  The Ford Trademarks, and the goodwill associated with the Ford Trademarks, is an invaluable asset of substantial and inestimable worth to Ford.

*Defendant's Violations of the Ford Trademarks*

11.      Defendant's use of the Ford Trademarks and colorable imitations thereof constitutes a misappropriation of the Ford Trademarks and associated good will, and is likely to cause potential purchasers of Defendant's products and services, as well as the public at large, to believe that Defendant's services and products are affiliated with, authorized, sponsored by, or endorsed by Ford.   In addition, Defendant's wrongful use of the Ford Trademarks mark dilutes, tarnishes, and whittles away the distinctiveness of the Ford Trademarks.  Defendant's conduct is

4

intentionally fraudulent, malicious, willful, and wanton.  Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

12.     In a letter dated February 8, 2005 Ford demanded that Defendant cease and desist from its violations of the Ford Trademarks.  On February 21, 2005 Defendant executed a contract memorializing Defendant's agreement to cease and desist from its unauthorized use of the Ford Trademarks, and to pay damages to Ford based upon its sale of counterfeit goods.  A copy of the letter and the agreement executed by Defendant is agreement attached hereto as Exhibit B (hereafter the "Agreement").  Defendant requested, and Ford permitted, the Defendant to make payments according to a payment plan.  A copy of the promissory note executed by Defendant is attached hereto as Exhibit C.

13.     Defendant has breached its obligations under the Agreement, and continues to infringe upon the Ford Trademarks in direct violation of the Agreement.   Defendant has breached its obligations under the Agreement even before satisfying its obligation under the Agreement to pay damages to Ford according to the payment plan requested by Defendant.

14.     The Agreement provides that in case of breach by the Defendant that "Ford will be entitled to both a preliminary and permanent injunction," and that Defendant "will pay all costs incurred by Ford in enforcing [the] Agreement, including reasonable attorneys' fees."

## FIRST CLAIM FOR RELIEF
(Trademark Dilution)

15.     The allegations set forth above are incorporated herein by this reference.

16.     The Ford Trademarks are famous.  The Ford Trademarks are inherently distinctive and have acquired distinctiveness.

5

17.     Ford has extensively and exclusively used the Ford Trademarks in commerce throughout the world in connection with automobiles and other products and services.

18.     Defendant's use of the Ford Trademarks, and counterfeits thereof, has caused and continues to cause irreparable injury to and dilution of the Ford Trademarks' distinctive quality in violation of Ford's rights under 15 U.S.C. § 1125(c).  Defendant's wrongful use of the Ford Trademarks dilutes, blurs, tarnishes, and whittles away the distinctiveness of the Ford Trademarks.

19.     Defendant has used and continues to use the Ford Trademarks or counterfeits thereof willfully and with the intent to dilute the Ford Trademarks, and with the intent to trade on the reputation and good will of Ford and of the Ford Trademarks.

20.     As a direct and proximate result of Defendant's conduct, Ford has suffered irreparable harm to the valuable Ford Trademarks.

21.     Unless Defendant is enjoined, the Ford Trademarks will continue to be irreparably harmed and diluted.  Ford has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendant's actions are allowed to continue.

22.     Defendant has used and continues to use the Ford Trademarks, or counterfeits thereof, willfully and with the intent to dilute the Ford Trademarks, and with the intent to trade on the reputation and goodwill of Ford and of the Ford Trademarks.  Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

23.     As a direct and proximate result of Defendant's conduct, Ford is entitled to damages, the equitable remedy of an accounting, and a disgorgement of, all revenues and/or profits wrongfully derived by Defendant from its infringing and diluting use of the Ford Trademarks pursuant to 15 U.S.C. § 1117.

6

## SECOND CLAIM FOR RELIEF
(Trademark Infringement)

24.     The allegations set forth above are incorporated herein by this reference.

25.     The Ford Trademarks are inherently distinctive and have acquired secondary meaning. The public associates the Ford Trademarks exclusively with Ford and Ford's products and services. This is a result of the inherent distinctiveness of the Ford Trademarks and of distinctiveness acquired through extensive advertising, sales, and use in commerce throughout the world in connection with Ford's products and services bearing or using the Ford Trademarks.

26.     Defendant's actions constitute willful infringement of Ford's exclusive rights in the Ford Trademarks in violation of 15 U.S.C. § 1114.

27.     Defendant's use of the Ford Trademarks, counterfeits, copies, reproductions, or colorable imitations thereof has been, and continues to be done, with the intent to cause confusion, mistake, and to deceive consumers concerning the source and/or sponsorship of Ford's products and services. Defendant has used counterfeits of the Ford Trademarks in connection with their products and services with the knowledge that the marks are counterfeits and with the intent to use counterfeits. Accordingly, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

28.     As a direct and proximate result of Defendant's conduct, Ford has suffered irreparable harm to the valuable Ford Trademarks. Unless Defendant is restrained from further infringement of the Ford Trademarks, Ford will continue to be irreparably harmed.

29.     Ford has no adequate remedy at law that will compensate for the continued and irreparable harm it will suffer if Defendant's acts are allowed to continue.

30.     As a direct and proximate result of Defendant's conduct, Ford is entitled to damages, treble damages, the equitable remedy of an accounting for, and a disgorgement of, all revenues and/or profits wrongfully derived by Defendant from its infringement and dilution of the Ford Trademarks pursuant to 15 U.S.C. § 1117.

## THIRD CLAIM FOR RELIEF
### (False Designation of Origin)

31.     The allegations set forth above are incorporated herein by this reference.

32.     Defendant has knowingly used the Ford Trademarks and trade dress, or counterfeits, reproductions, copies, or colorable imitations thereof, in connection with the products and services that Defendant advertises, promotes, and sells.  Defendant has used counterfeits of the Ford Trademarks knowing that the marks used are counterfeits and with the intent to use counterfeits of the Ford Trademarks.  Defendant's actions render this case exceptional within the meaning of 15 U.S.C. § 1117(a).

33.     Defendant's use of the Ford Trademarks alleged above is likely to confuse, mislead or deceive customers, purchasers, and members of the general public as to the origin, source, sponsorship, or affiliation of Defendant's services and products, and is likely to cause such people to believe in error that Defendant's products and services have been authorized, sponsored, approved, endorsed, or licensed by Ford or that Defendant is in some way affiliated with Ford.

34.     Defendant's acts constitute false or misleading descriptions, false advertising, and false designations of the origin and/or sponsorship of Defendant's products and services, and constitute trade dress infringement in violation of Section 43(a) of the Lanham Act, as amended, 15 U.S.C. § 1125(a).

8

35.     By reason of Defendant's actions, Ford has suffered irreparable harm to the valuable Ford Trademarks.  Unless Defendant is restrained, Ford will continue to be irreparably harmed.

36.     Ford has no remedy at law that will compensate for the continued and irreparable harm that will be caused if Defendant's acts are allowed to continue.

37.     As a direct and proximate result of Defendant's conduct, Ford is entitled to damages, treble damages, the equitable remedy of an accounting for, and a disgorgement of, all revenues and/or profits wrongfully derived by Defendant from its infringement and dilution of the Ford Trademarks pursuant to 15 U.S.C. § 1117.

**FOURTH CLAIM FOR RELIEF**
(Breach of Contract)

38.     The allegations set forth above are incorporated herein by this reference.

39.     On February 21, 2005, Defendant executed a legally binding settlement agreement which explicitly forbids the conduct at issue in this action.

40.     As a direct and proximate result of Defendant's breach of the Agreement, Ford is entitled to a preliminary and permanent injunction, and recovery of all of its costs and attorneys' fees incurred in this action.

WHEREFORE, Ford prays for judgment against Defendant as follows:

1.     Under all claims for relief, that a permanent injunction be issued enjoining Defendant, its employees, agents, successors and assigns, and all those in active concert and participation with Defendant, and each of them who receives notice directly or otherwise of such injunctions, from:

(a)     imitating, copying, or making unauthorized use of the Ford Trademarks;

(b)      importing, manufacturing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any service or product using any simulation, reproduction, counterfeit, copy, or colorable imitation of any or all of the Ford Trademarks;

(c)      using any simulation, reproduction, counterfeit, copy or colorable imitation of the Ford Trademarks in connection with trade name or corporate name of its business or similar establishment.

(d)      using any simulation, reproduction, counterfeit, copy or colorable imitation of the Ford Trademarks in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, production, circulation or distribution of any service or product;

(e)      using any false designation of origin or false description (including, without limitation, any letters or symbols constituting the Ford Trademarks, or performing any act, which can, or is likely to, lead members of the trade or public to believe that any service or product manufactured, distributed or sold by Defendant are in any manner associated or connected with Ford, or is sold, manufactured, licensed, sponsored, approved or authorized by Ford;

(f)      transferring, consigning, selling, shipping or otherwise moving any goods, packaging or other materials in Defendant's possession, custody or control bearing a design or mark substantially identical to Ford Trademarks;

(g)      engaging in any other activity constituting unfair competition with Ford with respect to the Ford Trademarks, or constituting an infringement of any or all of the Ford Trademarks, or of Ford's rights in, or to use or exploit, any or all of the Ford Trademarks; and

(h)      instructing, assisting, aiding or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs (a) through (f) above.

10

2.      For an order directing that Defendant deliver for destruction all products, labels, tags, signs, prints, packages, videos, and advertisements in its possession or under its control, bearing or using any or all of the Ford Trademarks or any simulation, reproduction, counterfeit, copy or colorable imitation thereof, and all plates, molds, matrices and other means of making the same, pursuant to 15 U.S.C. § 1118.

3.      For an order directing such other relief as the Court may deem appropriate to prevent the trade and public from deriving the erroneous impression that any service or product manufactured, sold or otherwise circulated or promoted by Defendant is authorized by Ford or related in any way to Ford's products or services.

4.      For an order directing that Defendant file with the Court and serve upon Ford's counsel within thirty (30) days after entry of such judgment, a report in writing under oath, setting forth in detail the manner and form in which Defendant has complied with the above.

5.      For an order permitting Ford, and/or auditors for Ford, to audit and inspect the books and records of Defendant for a period of six months after entry of final relief in this matter to determine the scope of Defendant's past use of the FORD® mark, including all revenues and sales related to Defendant's use of the FORD® mark, as well as Defendant's compliance with orders of this Court.

6.      For an award of Ford's costs and disbursements incurred in this action, including Ford's reasonable attorneys' fees.

7.      For an award of Ford's damages trebled or, alternatively, an award of Defendant's wrongful profits trebled, whichever is greater, plus Ford's costs and attorneys fees, pursuant to 15 U.S.C. § 1117.

8.      For an award of Ford's damages arising out of Defendant's acts.

9.      For an order requiring Defendant to file with the Court and provide to Ford an accounting of all sales and profits realized by Defendant through the use of the FORD® mark and any counterfeits thereof.

10.     For an award of interest, including pre-judgment interest on the foregoing sums.

11.     For such other and further relief as the Court may deem just and proper.

By: _____

Gregory D. Phillips
Scott R. Ryther
HOWARD, PHILLIPS & ANDERSEN
560 E. 200 South, Suite 300
Salt Lake City, Utah  84102
(801) 366-7471

DATED:      August 26th, 2005.

12

# Exhibit A

eBay Motors: Ford Super Duty 99 01 02 03 04 Chrome Decal 1999-2004 (item 7989582779 end time Jul-29-05 10:03:46 PDT)    Page 1 of 7

Case 2:05-cv-00719-DB    Document 1    Filed 08/26/05    Page 14 of 36

**Motors**

| Home | Browse | Search | Sell | "How To" Center | Services |

eBay home | pay | my eBay | sign in | site map | help

➤ Back to home page    Listed in category:  eBay Motors > Parts & Accessories > Car & Truck Parts > Decals, Emblems, & Detailing > Other

## Ford Super Duty 99 01 02 03 04 Chrome Decal 1999-2004

Item number: 7989582779

Bidder or seller of this item? Sign in for your status

**Bidding has ended for this item**

If you are a winner, Sign In for your status.

List an item like this or buy a similar item below.

Email to a friend



➤ Larger Picture

Find MORE great stuff
at my eBay **Store**

Visit Fire and Ice Motorsports today!

| | |
|---|---|
| Sold for: | **US $14.99** |
| | Auction ended early with Buy It Now. |
| Ended: | Jul-29-05 10:03:46 PDT |
| Start time: | Jul-26-05 13:30:02 PDT |
| History: | 1 bid  (US $14.99 starting bid) |
| Buyer: | jaredcherry ( 8 ) |
| Item location: | On YOUR Car/Truck!! United States |
| Ships to: | Worldwide |
| Shipping costs: | US $6.99 - US Postal Service Priority Mail® (within |

### Seller information

fireandicemotorsports ( 21945 ☆ ) ⚡ **Power Seller**

Feedback Score: 21945
**Positive Feedback: 99.2%**
Member since Nov-17-02 in United States

Read feedback comments
Add to Favorite Sellers
Ask seller a question
**View seller's other items**
Store view | List view
**Visit this seller's eBay Store!**
🔥 Fire and Ice Motorsports

**PayPal Buyer Protection**
Free Coverage now up to $1,000.  See eligibility.

**Description**

## Fire and Ice Motorsports

**Visit my eBay Store:** 🏬 **Fire and Ice Motorsports**

GMC | DODGE | CHEVY | FORD | HUMMER

United States )

➡ Shipping and payment details

**Search my eBay Store:**

[ Search ]

# Ford Super Duty 99 01 02 03 04 Chrome Decal 1999-2004

**Description**



You can totally customize your Truck with this
*CHROME FLAME DECAL!*

Up for auction is a polished stainless steel decal for the
**1999-2004 FORD SUPER DUTY**

This will fit over any **5 1/2"** Ford oval decal. This is not a cheap vinyl decal, these flames are manufactured from high grade polished stainless steel and are precision cut using the latest metal-cutting laser technology to give you the BEST chrome look! You can install the decal using 3M decal adhesive available at your local car parts store, what a great addition to your car or truck! Check our feedback and bid with confidence!

**Shipping cost for U.S., Puerto Rico and Canada is $6.99 and all other countries is $10.00.**

**DON'T WANT TO WAIT FOR THE AUCTION TO END?**

## Visit our Ebay store
## FIRE AND ICE MOTORSPORTS
## for our entire selection of FORD accessories at GREAT prices!



ALL ITEMS ARE DESIGNED IN AUTOCAD AND PRECISION LASER CUT USING THE LATEST TECHNOLOGY AND SHIPPED FAST.

All of our products are manufactured with top quality polished stainless steel and are precision cut using the latest metal-cutting laser technology. If you have any questions regarding our products, please email us before bidding.

### CHECK OUT OUR OTHER
### FORD ACCESSORIES
### AND WATCH FOR NEW ITEMS IN THE FUTURE!

**Payment and Shipping Info**

Payment Options    **Money Order / Cashier's Check, Credit Card, PayPal**

Shipping/Handling Rate    **$6.99**

Insurance Rate    **$1.50**

Shipping Options    **See Item Description**

Sales Tax    **6.6% for In-State Buyers / 0% for Out-of-State Buyers**

**Terms**

***PLEASE NOTE, WE SHIP TO YOUR PAYPAL ADDRESS, SO THE ADDRESS YOU WANT IT SHIPPED TO NEEDS TO MATCH YOUR PAYPAL SHIPPING ADDRESS ON YOUR PAYMENT*** All of our products are 100% SATISFACTION GUARANTEED! If you are not completely satisfied with your purchase you may return it for a full refund (within 14 days of receipt). We will gladly COMBINE

SHIPPING if you order more than one item, please email us for details! Paypal and money orders are accepted, however we do NOT accept personal checks. All items will be securely packaged and shipped USPS Priority Mail. Please do not bid if you don't intend to pay because we will file a NPB warning.

## Pay me securely with any major credit card through PayPal!










## Shipping and payment details

**Shipping Cost**  **Services Available**  **Available to**
US $6.99  US Postal Service Priority Mail®  United States Only

Will ship to Worldwide.

**Shipping insurance**
US $1.50 Optional

**Sales tax**
Seller charges sales tax for items shipped to: UT* (6.600%).
* Tax applies to subtotal + S&H for these states only

**Seller's payment instructions & return policy**

eBay Motors: Ford Super Duty 99 01 02 03 04 Chrome Decal 1999-2004 (item 7989582779 end time Jul-29-05 10:03:46 PDT)        Page 7 of 7

SKU O140 If paying by money order please INCLUDE YOUR 10 DIGIT EBAY ITEM NUMBER & EBAY USER NAME (or your shipment will be seriously delayed!!). Send your money order (no personal checks please) to: Fire & Ice Motorsports 8415 South 700 West, #21 Sandy, UT 84070 If you would like to pay with your Visa or Mastercard please call us at 801-561-0070.

## Payment methods accepted

This seller, fireandicemotorsports, **prefers PayPal.**



- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
- Visa/MasterCard

## eBay recommended services

PayPal is the safe way to pay online. Pay for this item with PayPal and your purchase can be covered up to $500. Sign up for PayPal.

### Where to go next?

Back to home page  |  Printer friendly page  |  Safe Trading Tips

Seller assumes all responsibility for listing this item.

Home    Browse    Sell    Enthusiasts    Search    Services    Help

Copyright   1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.



home | pay | register | sign in | services | site map

**Buy** | Sell | My eBay | Community | **Help**

Start new search　　**Search**

Advanced Search

↩ Back to home page　　Listed in category:  Everything Else > Other

## Mustang 99 00 01 02 03 04 CHROME Bumper Letters METAL

Item number: 5596078082

Buyer or seller of this Item? Sign in for your status

Watch this Item in My eBay | Email to a friend

↩ Larger Picture

*Buy It Now* price: **US $39.99**

Buy It Now >

| | |
|---|---|
| Quantity: | 94 available |
| History: | Purchases |
| Item location: | On YOUR Car/Truck! United States |
| Ships to: | Worldwide |
| Shipping costs: | US $6.99 - US Postal Service Priority Mail® (within United States) |

➜ Shipping, payment details and return policy

### Seller information

fireandicemotorsports ( 21945 ☆ )　 ⚡ **Power Seller**　me

Feedback Score: 21945
**Positive Feedback: 99.2%**
Member since Nov-17-02 in United States

Read feedback comments
Add to Favorite Sellers
Ask seller a question
**View seller's other items**
Store view | List view
**Visit this seller's eBay Store!**
🔲 Fire and Ice Motorsports

**PayPal Buyer Protection**
Free Coverage now up to $1,000. See eligibility.

Search my eB:

Search

### Description

### Fire and Ice Motorsports

**Visit my eBay Store:** 🔲 **Fire and Ice Motorsports**
GMC | DODGE | CHEVY | FORD | HUMMER

eBay: Mustang 99 00 01 02 03 04 CHROME Bumper Letters METAL (item 5596078082 end time Nov-03-05 14:40:02 PST)     Page 2 of 7

Case 2:05-cv-00719-DB   Document 1   Filed 08/26/05   Page 22 of 36



## item description

# FORD MUSTANG 1999-2004
## *CHROME BUMPER LETTERING*



This auction is for the letters M U S T A N G that conveniently fit within the bumper indent of your Mustang. Dre your rear bumper with these brand new polished stainless letters. Made from REAL METAL and utilizing 3M l adhesive, they are guaranteed to last as long as your Mustang! Don't be fooled by cheap vinyl imitations that w and look ugly! Other letters are available, please email us! Check our feedback and bid with confidence!

## about our products

All of our products are manufactured with top quality polished stainless steel and are precision cut using the latest cutting laser technology. If you have any questions regarding our products, please email us before bidding. We have HUNDREDS of different car and truck models, so if you can't find what you're looking for, email us.

VISIT OUR EBAY STORE TODAY!!!

## other items available

LOOKING FOR OTHER MUSTANG ITEMS? CLICK THE IMAGES BELOW FOR OTHER OPTIONS!





## shipping details

WE WILL SHIP ANYWHERE IN THE WORLD!
UNITED STATES AND PUERTO RICO
$6.99
CANADA AND MEXICO
$6.99
ALL OTHER COUNTRIES
$15.00

## payment details

WE ACCEPT THE FOLLOWING FORMS OF PAYMENT:

**PAYPAL**
(OUR PREFFERED METHOD OF PAYMENT)
please send payments to fireandicechicks@aol.com

**VISA AND MASTERCARD**
(Must be completed over the phone)
Call our Customer Service line at 801-561-0070

**MONEY ORDERS**

Please make payable and send to:
Fire and Ice Motorsports
8415 South 700 West Suite 21
Sandy, Utah 84070



Store Front
channeladvisor



Powered by
channeladvisor



00055



## Shipping, payment details and return policy

**Shipping Cost**     **Each Additional Item**     **Services Available**     **Available to**
US $6.99             + $2.00                      US Postal Service Priority Mail®     United States Only

Will ship to Worldwide.

**Shipping Insurance**
US $1.50 Optional

**Sales tax**
Seller charges sales tax for items shipped to: UT* (6.600%).
* Tax applies to subtotal + S&H for these states only

**Seller's return policy:**

Item must be returned within: 14 Days

Refund will be given as: Money Back

Return Policy Details:     We will accept returns within 14 days of delivery. Refund will be minus shipping charges and the buyer is responsible for return shipping costs.

**Seller's payment instructions**
Sku O109 if paying by money order please INCLUDE YOUR 10 DIGIT EBAY(or your shipment will be seriously delayed!!). Send your money order (no personal checks please) to: Fire & Ice Motorsports 8415 South 700 West, Suite 21 Sandy, UT 84070 If you would like to pay with your Visa or Mastercard please call us at 801-561-0070.

**Payment methods accepted**

This seller, fireandicemotorsports, **prefers PayPal**.



- Money order/Cashiers check
- Other - See Payment Instructions for payment methods accepted
- Visa/MasterCard

Learn about payment methods.

**eBay recommended services**
PayPal is the safe way to pay online. Pay for this item with PayPal and your purchase can be covered up to $500. Sign up for PayPal.

**Ready to buy?**
Mustang 99 00 01 02 03 04 CHROME Bumper Letters METAL
*Buy It Now* price:   **US $39.99**

Your Quantity:     **x** 1     Buy It Now >   You will confirm in the next step.

help

eBay: Mustang 99 00 01 02 03 04 CHROME Bumper Letters METAL (item 5596078082 end time Nov-03-05 14:40:02 PST)          Page 7 of 7

Purchase this item now without bidding.
Learn about Buy It Now.

**What else can you do?**

⬇ Back to home page  |  Ask seller a question  |  Printer friendly page

Seller assumes all responsibility for listing this item.

About eBay | Announcements | Security Center | Policies | Site Map | Help

Copyright © 1995-2005 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time



# Exhibit B

LAW OFFICES

# HOWARD, PHILLIPS & ANDERSEN

*A PROFESSIONAL CORPORATION*

GREGORY D. PHILLIPS
Direct Dial: (801) 366-7707
E-Mail: gdp@hpalaw.com

560 East 200 South, Suite 300
Salt Lake City, UT 84102

Telephone: (801) 366-7471
Facsimile: (801) 366-7706

February 8, 2005

**VIA EMAIL (FireandIceChicks@aol.com) and
REGULAR MAIL**

Casey Balding
8415 South 700 West, #21
Sandy, Utah 84070

>   Re:   CUSTOMBEZELS.COM and eBay Auctions (fireandicemotorsports) -
>          Counterfeit Ford Products

Dear Mr. Balding:

This law firm represents Ford Motor Company ("Ford") on intellectual property enforcement matters.  Your sale of counterfeit Ford products on your website CUSTOMBEZELS.COM and on eBay.com have recently come to Ford's attention and as you may recall, Ford has dealt with you in the past with respect to these counterfeit sales.

The law is well-established that you may not place counterfeits of the Ford trademarks on your products, and/or sell products manufactured by others that bear counterfeits of the Ford trademarks.  Ford Motor Company v. Lloyd Design Corp., 184 F.Supp.2d 665, 667 (E.D.Mich. 2002) (permanently enjoining the use of counterfeits of various Ford, Jaguar, and Aston Martin trademarks on floor mats, and granting Ford its attorneys' fees and costs because of "Defendant's flagrant disregard for Plaintiffs' trademark rights.").

Also, as you are surely aware, Ford owns many famous trademarks, including but not limited to Ford®, Jaguar®, Mustang®, Expedition,® Escape®, and Powerstroke®.  Any use of Ford's trademarks, including the design trademarks or logos that correspond to these trademarks, such as, for example, Ford® or Mustang®, requires a license from Ford.  You are not authorized to display this trademark on your website or as part of your eBay auction.  Use of these trademarks, or any confusingly similar variation thereof, without Ford's consent, constitutes a misappropriation of the goodwill and reputation developed by Ford and infringes and dilutes these trademarks.

In order that Ford may assess what damages it has suffered as a result of your sale of products using counterfeits of the Ford trademarks and trade dress, please provide the following information no later than February 21, 2005:

Casey Balding
February 8, 2005
Page 2

1)    The number of counterfeit products set forth by item (e.g., grills, decals, gas door covers, etc.) sold or distributed bearing the Ford trademarks or trade dress;

2)    The gross revenue received from the sale of such counterfeit products set forth by item;

3)    The time period during which such counterfeit products have been offered and sold;

4)    The names and addresses of all non-retail purchasers of the counterfeit products and the number of each product listed by item purchased by each such purchaser; and

5)    The names and addresses of all suppliers of the counterfeit products,.

Ford further demands that you turn over to Ford for destruction all unsold counterfeit items no later than February 21, 2005.  Ford further demands that no later than February 21, 2005, you pay Ford by cashier's check damages in the amount of twenty five percent (25%) of the gross revenues from the sales of any counterfeit products using the Ford trademarks or trade dress.[1]

The purpose of this letter is to secure your voluntary agreement to cease your unauthorized use of Ford's trademarks.  Ford requests that you immediately, and by no later than **February 21, 2005,** sign and return a copy of the Agreement set forth below confirming your willingness to comply with Ford's trademark rights.

If you do not sign the attached agreement, I will recommend to Ford that we file a complaint in federal district court and seek immediate injunctive relief.  If litigation is required, Ford will seek recovery of attorneys' fees and costs that it has incurred in pursuing this lawsuit, as well as statutory and other damages, which will be, needless to say, very substantial.

You may be infringing or diluting Ford's trademarks in ways other than those set forth above, and Ford reserves the right to bring to your attention other matters that Ford believes infringe or dilute its trademarks.  This letter is without prejudice to all rights of Ford, including past or future royalties, past or future damages, attorneys' fees, and to bring enforcement actions for all past or future infringement, dilution, or unauthorized uses.

---

[1] In the event that Ford is forced to litigate this matter, Ford will seek all profits from the sale of such products trebled as damages, plus its attorneys' fees and costs.

Casey Balding
February 8, 2005
Page 3


       Should you have any questions concerning Ford's position in this matter, please do not hesitate to contact me.

                    Very truly yours,

                    Gregory D. Phillips

GDP:sv

cc:    Ford Motor Company

## AGREEMENT

       By execution of this Agreement, the undersigned agrees immediately to cease and desist from all unauthorized uses of the Ford trademarks and trade dress in its products, services, advertisements, promotional literature, promotional telecasts, broadcasts, signage, on the Internet, or otherwise, in connection with the sale of any product, good, part, or service.

       Specifically, by way of illustration and without limiting the general agreement expressed above, the undersigned agrees that it will:

    (1)    immediately cease and desist from using the Ford trade dress, including without limitation, any photographs, depictions, or silhouettes of Ford® vehicles;

    (2)    immediately cease and desist from the advertisement and/or sale of any products or parts bearing counterfeits of the Ford trademarks, and immediately turn over to Ford's counsel for destruction all products and parts bearing counterfeits of the Ford trademarks;

    (3)    provide the following information no later than February 21, 2005:

        a)    The number of counterfeit products set forth by item sold (e.g., grills, decals, gas door covers, etc.) or distributed bearing the Ford trademarks or trade dress;

Casey Balding
February 8, 2005
Page 4

        b)     The gross revenue received from the sale of such counterfeit products set forth by item;

        c)     The time period during which such counterfeit products been offered or sold;

        d)     The names and addresses of all non-retailer purchasers of the counterfeit products and the number of each product listed by item purchased by each such purchaser; and

        e)     The names and addresses of all suppliers of the counterfeit products.

    (4)    no later than February 21, 2005, pay Ford by cashier's check damages in the amount of twenty five percent (25%) of the gross revenues from the sales of any products using the Ford trademarks.

The undersigned further agrees that no later than February 21, 2005, the undersigned will provide evidence of compliance of the matters set forth above to Ford's counsel.

The undersigned further agrees and acknowledges that any violation or breach of this Agreement will cause irreparable harm to Ford, and that Ford will be entitled to both a preliminary and permanent injunction against the undersigned for any violation of this Agreement, as well as any other remedy allowed by law. The undersigned further agrees that if it breaches this Agreement, it will pay all costs incurred by Ford in enforcing this Agreement, including reasonable attorneys' fees, whether incurred with or without suit or before or after judgment.

**AGREED TO:**

**CASEY BALDING**

_Casey Balding_

Date: _02 / 21 / 05_

Exhibit C

# PROMISSORY NOTE

Principal Amount: **$3,697.84**
Date: April 19, 2005

FOR VALUE RECEIVED, the undersigned hereby jointly and severally promise to pay to the order of **Ford Motor Company** the sum of Three Thousand, Six Hundred, and Ninety-Seven Dollars and Eighty-Four Cents ($3,697.84). Said sum shall be paid in the manner following: **(7) seven payments of Five Hundred Dollars ($500) and (1) one payment of One Hundred and Ninety-Seven Dollars and Eighty-Four Cents ($197.84). Each payment, respectively, shall be due on the first (1st) day of each month, beginning in May of 2005, and continuing on the like day of each consecutive month until all amounts payable hereunder have been paid in full.**

This note may be prepaid, at any time, in whole or in part, without penalty.

This note shall at the option of any holder thereof be immediately due and payable upon the occurrence of any of the following:

1.     Failure to make any payment due hereunder within **thirty (30)** days of its due date.

2.     Upon the death, incapacity, dissolution, or liquidation of any of the undersigned.

3.     Upon the filing by any of the undersigned of an assignment for the benefit of creditors, bankruptcy, or other form of insolvency, or by suffering an involuntary petition in bankruptcy or receivership not vacated within **thirty (30)** days.

Notwithstanding the foregoing, if **each of the first five payments** (totaling $2,500) has been received by the first day of each month as specified above, Ford Motor Company will, upon the timely receipt of the fifth payment, forgive the remaining $1,167.84 due under this note.

In the event this note shall be in default and placed for collection, then the undersigned agree to pay all reasonable attorney fees and costs of collection. Payments not made within **five (5)** days of due date shall **be subject to a late charge of Twenty-Five Dollars ($25.00).** All payments hereunder shall be mailed to Howard, Phillips & Andersen, 560 East 200 South, Suite 300, Salt Lake City, Utah 84102.

The undersigned and all other parties to this note, whether as endorsers, guarantors, or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment, and protest and all notices hereto and further agree to remain bound, notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any

holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion.  Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf.  The rights of any holder hereof shall be cumulative and necessarily successive.  This note shall take effect as a sealed instrument and shall be construed, governed, and enforced in accordance with the laws of the **State of Utah.**

Witnessed:

_Casey Balding_ _(signature)_      _04/21/05_

Casey Balding                   Date

_Owner_                  _4/21/05_

Fire and Ice Motorsports       Date

# CIVIL COVER SHEET

JS 44 (Rev. 11/04)

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

FORD MOTOR COMPANY, a Delaware Corporation

**DEFENDANTS**

FABTECH MANUFACTURING, INC., d/b/a FIRE AND ICE MOTORSPORT, a Utah Corporation

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   Salt Lake County
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Gregory D. Phillips, Howard, Phillips & Andersen, 560 East 200 South, Suite 300, Salt Lake City, Utah 84102, 801-366-7471

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 USC 1051, et seq.

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE   26 Aug 2005

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____

Judge Dee Benson
DECK TYPE: Civil
DATE STAMP: 08/26/2005 @ 17:00:21
CASE NUMBER: 2:05CV00719 DB